Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MURRAY BRAUN

       Plaintiff

vs.                                 Civil No.    20-2613   (JEB)

UNITED STATES OF AMERICA, ET AL    Category  E

       Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __9/21/2020__ from __Judge Beryl A. Howell__ to __Judge James Boasberg__ by direction of the Calendar Committee.

(Case Not Related)

                                                       JUDGE ELLEN S. HUVELLE
                                                       Chair, Calendar and Case Management Committee

cc:    Judge Beryl A. Howell    & Courtroom Deputy
       Judge James Boasberg    & Courtroom Deputy
       Liaison, Calendar and Case Management Committee